UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  10-cr-00454-WYD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

7.  MARVIN TABOR,

        Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

        Defendant Marvin Tabor filed a Notice of Disposition [ECF No. 195] in the above matter on June 14, 2011.  A Change of Plea hearing is set for **Monday, August 15, 2011 at 9:00 AM.**

        Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.  If the documents are not timely submitted, the hearing will be VACATED.  There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.

        Dated:  June 14, 2011