UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  10-cr-00454-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

7.  MARVIN TABOR,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      Defendant's Motion to Seal [ECF No. 247], filed August 1, 2011 is **GRANTED**. Document Number 246 shall remain under seal until further order of the Court.

      Dated:  August 5, 2011