IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   10-cr-00454-WYD

UNITED STATES OF AMERICA,

  Plaintiff,

v.

7. MARVIN TABOR,

  Defendant.

---

**ORDER REDUCING SENTENCE PURSUANT TO 18 U.S.C. § 3582**

---

This matter is before the court on the defendant's "Unopposed Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582." Having considered the motion and the agreement of the parties represented therein, the Court finds: 1) the sentence previously imposed has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u);  2) the defendant is eligible for relief under 18 U.S.C. § 3582(c)(2) and U.S.S.G. §1B1.10;  3) the amended guideline range as reflected in the unopposed motion is correctly calculated.

The Court's determination of the Guideline Range prior to any departures is as follows:

| | |
|---|---|
| Previous Offense Level: | 31 |
| Criminal History Category: | IV |
| Previous Guideline Range: | 151-188 months |
| | |
| Amended Offense Level: | 29 |
| Criminal History Category: | IV |
| Amended Guideline Range: | 121-151 months |

It is further ordered that Defendant's Unopposed Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582 (ECF No. 466), filed March 17, 2015, is **GRANTED.** Taking into account the factors set forth in 18 U.S.C. § 3553(a) and any comparable reductions, to the extent applicable, the previously imposed sentence of 90 months imprisonment is reduced to **73 months** imprisonment, EFFECTIVE NOVEMBER 1, 2015.

All other provisions of the Judgment entered on August 10, 2012, shall remain in effect.

**IT SO ORDERED**.

Dated:  April 3, 2015.

                                        BY THE COURT:


                                        s/ Wiley Y. Daniel
                                        WILEY Y. DANIEL,
                                        SENIOR UNITED STATES DISTRICT JUDGE